# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY RAGLAND, | : | |
| | : | |
| Plaintiff | : | No. 3:15-CV-1907 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 3RD DAY OF MARCH, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Gary Ragland disability insurance benefits is **AFFIRMED**;

3. Judgment is entered in favor of Defendant and against Plaintiff; and

4. The Clerk of Court shall **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**